UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA GALBREATH,<br><br>                Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. 2:13-CV-01134-TSZ<br><br>**ORDER AFFIRMING THE COMMISSIONER'S DECISION AND DISMISSING THE CASE** |

The Court, after careful consideration of the plaintiff's complaint, defendant's brief, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     The Commissioner's decision is **AFFIRMED** and the case is **DISMISSED** with prejudice.

(3)     The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

DATED this 14th day of March, 2014.

                                                     /s/ Thomas S. Zilly
                                                     Thomas S. Zilly
                                                     United States District Judge